Name: Roger Dail Copeland, SR
Prison Number: 516621
Place of confinement: Goose Creek Correctional Facility
Mailing address: 22301 West Alsop Rd.
City, State, Zip: Wasilla AK 99623
Telephone: N/A

RECEIVED
DEC 0 2 2021
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

Roger Dail Copeland,
(Enter full name of plaintiff in this action)

Plaintiff,

vs.

Superior Court Judge Phillip Volland,

(Enter full names of defendant(s) in this action. Do NOT use *et al.*)

Defendant(s).

Case No. 3:21-CV-00262-TMB
(To be supplied by Court)

PRISONER'S
COMPLAINT UNDER
THE CIVIL RIGHTS ACT
42 U.S.C. § 1983

A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3).

B. Parties

1. Plaintiff: This complaint alleges that the civil rights of Roger Dail Copeland SR
(print your name)

who presently resides at 22301 west Alsop Road Wasilla AK 99623.
(mailing address or place of confinement)

were violated by the actions of the individual(s) named below.

2. **Defendants** (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, _Judge Phillip Vollaud_ is a citizen of
(name)
_Alaska_, and is employed as a _Judge for Superior Court Alsk @ Anchorage_.
(state)                                (defendant's government position/title)

_✓_ This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
_✓_ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2, _____ is a citizen of
(name)
_____, and is employed as a_____.
(state)                                (defendant's government position/title)

____This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3, _____ is a citizen of
(name)
_____, and is employed as a_____.
(state)                                (defendant's government position/title)

____This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

***REMINDER***
You must exhaust your administrative remedies before your claim can go forward.
THE COURT MAY DISMISS ANY UNEXHAUSTED CLAIMS.

C. **Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

Prisoner § 1983 - 2
PS01, Nov. 2013

Claim 1: On or about September 14, 2009, my civil right to Due Process
(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List only one violation.)
was violated by Judge Phillip Volland.
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 1. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.):

On or about September 14, 2009 after being found guilty of crime I'm currently incarcerated on. I made verbal intent to file an appeal on this case. Judge Phillip Volland told me he was denying my request to appeal. Judge Volland made the statement on record saying I currently sit on the appeals panel so I'm denying your request for appeal. Volland violated my due process right by denying me my ability to appeal. Volland should not have been allowed to make the decision he made, and a trial Judge that hears Criminal Cases should not be allowed on the appeals board. This is a major conflict of interest and a blatant violation of my right to appeal. After the denial Volland stated if you don't like my decision then sue me.

Prisoner § 1983 - 3
PS01, Nov. 2013

D. Previous Lawsuits

1. Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved in this action, **or otherwise relating to your imprisonment**? _____ Yes __✓__ No

2. If your answer is "Yes," describe each lawsuit.

a. <u>Lawsuit 1</u>:

Plaintiff(s): _____ N/A _____

Defendant(s): _____

Name and location of court: _____

Docket number: _____ Name of judge: _____

Approximate date case was filed: _____ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised: _____

b. <u>Lawsuit 2</u>:

Plaintiff(s): _____

Defendant(s): _____

Name and location of court: _____

Docket number: _____ Name of judge: _____

Approximate date case was filed: _____ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised: _____

3. Have you filed an action in federal court that was dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted?

_____ Yes _____ No

If your answer is "Yes," describe each lawsuit on the next page.

Prisoner § 1983 - 6
PS01, Nov. 2013

F. Request for Relief

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $ 100,000.00

2. Punitive damages in the amount of $ 10,000.00

3. An order requiring defendant(s) to Vacate Judgement.

4. A declaration that Judgement IS Void.

5. Other: _____

Plaintiff demands a trial by jury. ✓ Yes ___ No

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above civil rights complaint and that the information contained in the complaint is true and correct.

Executed at Goose Creek Correctional Center on 11/22/21
(Location) (Date)

x Roger Dail Copeland sr
(Plaintiff's Signature)

x Roger Dail Copeland sr     11/22/21
Original Signature of Attorney (if any)     (Date)
Prose litigant.

Roger Dail Copeland Prose litigant.
22301 west Alsop Road
Wasilla AK 99623.
Attorney's Address and Telephone Number

Prisoner § 1983 - 8
PS01, Nov. 2013

Loyd Copeland #516621
Goose Creek Correctional Center
22301 West Alsop Rd.
Wasilla Ak 99603

7021 0350 0000 8313 4153

United States District
Court for the District of Alaska.
222 west 7th #4
Anchorage Ak 99513

NEOPOST 12/01/2021
US POSTAGE $0